**Motion GRANTED AND Order filed March 27, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00239-CV

_____

### IN RE KIMBERLY ANN JACSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-270713**

## ORDER

On March 27, 2020, relator Kimberly Ann Jacson, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Richard T. Bell, Judge of the 387th District Court, in Fort Bend County, Texas, to vacate his order of March 4, 2020, which requires relator to move out of the marital residence by March 28, 2020 (the "move-out order").

Relator also has filed a motion for temporary relief asking this court to stay the move-out order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's requested mandamus relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion for temporary relief and issue the following order:

We **STAY** the move-out until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Steven Jackson, the real party-in-interest, to file a response to the petition for writ of mandamus on or before April 6, 2020**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.